

FILED MAR 2 2 2013

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROLANDO HALL, | : | |
| | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | NO. 12-5163 |
| | : | |
| MARIROSA LAMAS, et. al., | : | |
| | : | |
| Respondents | : | |

## ORDER

AND NOW, this **22nd** day of **March**, 2013, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1) filed September 10, 2012; the Applications to Stay filed by Petitioner on September 10, 2012 (Docket No. 2) and November 28, 2012 (Docket No. 7); the Response to Petition for Writ of Habeas Corpus (Docket No. 12) filed BY Respondents on January 29, 2013, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated February 6, 2013, **IT IS HEREBY ORDERED** that:

    1.   the R&R is APPROVED and ADOPTED;

    2.   the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing;

    3.   the Applications to Stay are DENIED; and

    4.   there is no probable cause to issue a certificate of appealability.

BY THE COURT:

ENTERED

MAR 2 2 2013

CLERK OF COURT

_Harvey Bartle_
HARVEY BARTLE III, J.