IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROLANDO HALL,
        Petitioner

v.

MARIROSA LAMAS, et. al.,
        Respondents

CIVIL ACTION

NO. 12-5163

## ORDER

AND NOW, this 22nd day of March, 2013, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1) filed September 10, 2012; the Applications to Stay filed by Petitioner on September 10, 2012 (Docket No. 2) and November 28, 2012 (Docket No. 7); the Response to Petition for Writ of Habeas Corpus (Docket No. 12) filed BY Respondents on January 29, 2013, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated February 6, 2013, **IT IS HEREBY ORDERED** that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing;

3. the Applications to Stay are DENIED; and

4. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III, J.

ENTERED
MAR 22 2013
CLERK OF COURT